UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph M. Caldrello, et al., | : |
| | : |
| Plaintiffs, | : NO. 3:02cv1742 (MRK) |
| | : |
| v. | : |
| | : |
| Federal Deposit Insurance Corporation, et al., | : |
| | : |
| Defendant. | : |

**ORDER**

The Court having considered the submissions by the parties, the following is ordered.

1. Federal Deposit Insurance Corporation's Renewed Motion to Dismiss [doc. #121] is GRANTED absent objection.

2. Plaintiff's Motion to Amend Complaint, Join & Expunge Parties [doc. #127] is GRANTED absent objection. The Clerk is directed to docket the Amended Complaint.

3. Plaintiff's Motion to Recuse Defendants [doc. #131] is GRANTED absent objection. All claims against the Federal Deposit Insurance Corporation, the City of New London, Joseph Logioco and Janice Ballestrini in their official capacities, Thomas Londregan, Maureen Hamel, Ramsey Demir, and Charles Singleton are dismissed.

4. Defendant Republic's Motions for Security for Costs [docs. #62, 63, 64] are GRANTED. Plaintiffs are ordered to submit a bond for security in the amount of

$500 by **January 21, 2004**. The Court notes that Plaintiffs have not filed a motion seeking *in forma pauperis* status, nor have Plaintiffs submitted affidavits attesting to their inability to pay. In the absence of such evidence, the Court will follow the regular operation of Local Rule 83.3(a).

5. In light of Plaintiff's Amended Complaint and the dismissal of City of New London as a Defendant, City of New London's Motion for Security for Costs [doc. #57] is DENIED as moot.

6. Plaintiff is directed to respond to the allegations set forth in Defendant's Objection to Motion to Admit Visiting Lawyer Pro Hac Vice [doc. #125] by **January 12, 2004.**

7. Exhibit B of Defendant's Objection to Motion to Admit Visiting Lawyer Pro Hac Vice [doc. #125] attaches a transcript from an earlier related case in which Wiggin and Dana represented First Constitution Bank. Before coming to the Bench, I was a partner with Wiggin and Dana, although I never did any work for First Constitution Bank and was not involved in this case. If any party thinks that this should disqualify me from these proceedings, that party should file a notice with the Clerk of the Court by **January 12, 2004**. Any such request will be considered expeditiously.

IT IS SO ORDERED.

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: December 22, 2003