FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT** 19  2 39 PM '03

U.S. DISTRICT COURT
H. HAVEN CONN

| | | |
|---|---|---|
| JOSEPH M. CALDRELLO, PRO SE, | ) | CIV. ACTION NO. |
| SANDRA V. CALDRELLO, PRO SE, | ) | 302CV01742 (MRK) |
| INDIVIDUALLY, AND OSPREY | ) | |
| BEACH TRUST, SANDRA V. | ) | |
| CALDRELLO, TRUSTEE | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| FDIC ET AL. | ) | DECEMBER 17, 2003 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiffs in the above-captioned action, through their undersigned counsel, hereby dismiss, *with prejudice*, their claims against defendants Republic Credit Corporation I (incorrectly named as Republic Credit One of Aurora, Colorado) and Edwards & Angell, LLP.

PLAINTIFFS,

BY

Zenas Zelotes ct23001
Consumer Law Offices of Zenas Zelotes
753 Buddington Road
Groton, CT 06340
(860) 448-6140
(860) 449-8847 (Fax)

## CERTIFICATION

This is to certify that on the 15 th day of December, 2003, a copy of the foregoing has been mailed, first class, postage prepaid, to:

Zenas Zelotes, Esq.
753 Buddington Road
Groton, CT 06340

Linda S. Charet, Esq.
Federal Deposit Insurance Corporation
New York Legal Services Office
20 Exchange Place
New York, NY 10005

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510


William E. Murray

- 2 -

HFD_128386_1/WMURRAY