UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 30  9:55 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| JOSEPH M. CALDRELLO, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>FDIC, ET AL.<br>Defendant | CASE NO<br><br>3:02CV01742(MRK)<br><br><br><br>December 17, 2003 |

### NOTICE OF DISMISSAL

Pursuant to FCRP § 41(a)(1), the plaintiffs in the above-captioned action, through their undersigned counsel, hereby dismiss, with prejudice, the claims against the Federal Deposit Insurance Corporation, in any and all capacities, without costs to any party.

THE PLAINTIFFS

_____
ZENAS ZELOTES, ESQ.
Consumer Law Office
of Zenas Zelotes, Esq.
753 Buddington Road
Groton CT 06320
Tel.   (860) 448-6140
Fax    (860) 449-8847
Fed. Bar No. 23001

This is to certify that, on 12/P7/03, a copy of the foregoing document was served, via first class mail, upon:

FDIC
New York Legal Services Office
20 Exchange Place
New York, NY 10005 (Overnight Mail)

Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277

Edwards & Angell
90 State House Square, 9th Floor
Hartford CT 06103

                THE PLAINTIFFS
                by
                ZENAS ZELOTES, ESQ.
                Their Attorney

                ZENAS ZELOTES, ESQ.
                Consumer Law Office
                of Zenas Zelotes, Esq.
                753 Buddington Road
                Groton CT 06320
                Tel. (860) 448-6140
                Fed. Bar No. 23001