IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____ )
                                        )
**JOSPEH M. CALDRELLO ET AL.**          )
                                        )
                   **Plaintiff**        )
   vs.                                  )   Case No. 3:02CV01742 (MRK)
                                        )
**F.D.I.C. ET AL.**                     )
                                        )
                   **Defendant**        )
_____  )   January 5, 2004

## NOTICE OF DISMISSAL

Pursuant to FCRP § 41(a)(1) (to achieve a more complete articulation) the plaintiffs in the above-captioned action notice (anew) that this action is withdrawn and dismissed with prejudice, without costs to any party, as against each defendant appearing in this action (or otherwise improperly named on any pleading) except for Janet Ballestrini and Joseph Logiocco in their individual capacities.

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC //* Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 739-0295
Alt Tel: (860) 448-6140 // Alt. Fax: (860) 449-8847

1

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

Updike Kelley & Spellacy P.C.
Attn: Tom Edgington
One State Street
Hartford CT 06123-1277        1/5/04

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

Edwards & Angell LLP
Attn: William Murray
90 State House Square
Hartford CT 06103        1/5/04

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

1/5/2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 739-0295
Tel: (860) 448-6140 // Fax: (860) 448-6140

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

FDIC Legal Services Office
Attn: Linda Charet
20 Exchange Place
New York NY 10005        1/5/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

Updike Kelley & Spellacy P.C.
Attn: Tom Edgington
One State Street
Hartford CT 06123-1277          1/5/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
141 Church Street
New Haven CT 06510              1/5/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

1/5/2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 739-0295
Tel: (860) 448-6140 // Fax: (860) 448-6140

---

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers, Chatigny J. (C. Copy)
141 Church Street
New Haven CT 06510              1/5/04