UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph Caldrello et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | Case No. 3:02CV1742(MRK) |
| | ) | |
| Federal Deposit Ins. Corp. et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | January 28, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his appearance on behalf of defendants Ballestini

and Logioco, as he has taken a position outside of private practice and, as such, will no longer be

practicing at Updike, Kelly & Spellacy, P.C., which has been retained by Ballestini and Logioco.

Ballestini and Logioco remain represented in this action by Attorney James N. Tallberg of

Updike, Kelly & Spellacy.

351553

Dated at Hartford, Connecticut this 28th day of January, 2004.

THOMAS W. EDGINGTON, ESQ.
Federal Bar Number ct22777
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600

351553

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph Caldrello et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | Case No. 3:02CV1742(MRK) |
| | ) | |
| Federal Deposit Ins. Corp. et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | January 28, 2004 |

### CERTIFICATION OF SERVICE

I hereby certify that the foregoing Motion to Withdraw Appearance was mailed by United States first class mail, postage prepaid, on January 28, 2004 to the following:

William E. Murray, Esq.
Edwards & Angell, LLP
90 State House Square, 9th Floor
Hartford, CT 06103

351553

Zenas Zelotes, Esq.  ct23001
Consumer Law Office of Z Zelotes
753 Buddington Road
Groton, Connecticut 06340

Thomas W. Edgington, Esq.