UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday, February 6, 2004
2:00 p.m.

CASE NO. **3:02cv1742 MRK**   **Caldrello v FDIC et al**

---

Linda S. Charet
FDIC
New York Legal Services Office
Legal Services Office
20 Exchange Place 6th Floor
New York, NY 10005

Thomas W. Edgington
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277

Donald E. Frechette
Edwards & Angell
90 State House Sq., 9th Fl.
Hartford, CT 06103

William E. Lohnes
Edwards & Angell
90 State House Sq., 9th Fl.
Hartford, CT 06103

Jeffrey J. Medeiros
Edwards & Angell
90 State House Sq., 9th Fl.
Hartford, CT 06103

STATUS CONFERENCE HELD
DATE: 2/6/04

20 min

William E. Murray
Edwards & Angell
90 State House Sq., 9th Fl.
Hartford, CT 06103


James Newhall Tallberg
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


Zenas Zelotes
753 Buddington Rd.
Groton, CT 06340

 BY ORDER OF THE COURT
 KEVIN F. ROWE, CLERK