## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Joseph M. Caldrello, et al., | : | | |
| | : | | |
| Plaintiffs, | : | NO. | 3:02cv1742 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| Federal Deposit Insurance Corporation, et al., | : | | |
| | : | | |
| Defendant. | : | | |

### ORDER

The Motion To Withdraw Appearance of Attorney Thomas W. Edgington [doc. #138], dated January 28, 2004, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: February 18, 2004.