IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
**GILBERT J. GERVAIS**              )
                                    )
                **Plaintiff**       )
    vs.                             )     3:03CV2102(PCD)
                                    )
**RIDDLE & ASSOCIATES P.C.**        )
                                    )
                **Defendant**       )
_____)     **February 11, 2004**

## CERTIFICATE OF SERVICE

In accord with Judge Dorsey's supplemental order governing motion practice, the undersigned counsel certifies that a MEMORANDUM IN SUPPORT OF MOTION TO STRIKE COUNTERCLAIMS and a copy of this certification were on this date served by first class mail (USPS) upon Robinson & Cole LLP, Attn: Jason Kuselias Esq., 280 Trumbull Street, Hartford CT 06103-3597.

Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 739-0295

1