# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Joseph M. Caldrello, et al., | : | | |
| | : | | |
| Plaintiffs, | : | NO. | 3:02cv1742 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| Federal Deposit Insurance Corporation, et al., | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

The Motion To Amend Complaint [doc. #142], dated February 12, 2004, is hereby **GRANTED absent objection**. **The Clerk is directed to docket the Amended Complaint dated February 12, 2004.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: February 25, 2004.