FILED

Mar 5  2 45 PH '04

U. S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

Joseph M. Caldrello, et al.  :  CIVIL ACTION NO.  3:02CV1742 (MRK)

       Plaintiffs,  :

v.  :

FDIC, ET AL.  :

       Defendant.  :  MARCH 4, 2004

            :

---

## MOTION FOR EXTENSION OF TIME

The defendants respectfully request an extension of time of twenty-one (21) days to answer or to otherwise respond to plaintiff's February 12, 2004 Amended Complaint to a date certain of March 26, 2004.  The undersigned requests this extension because of scheduling conflicts presented by an Arbitration on March 5, 2004 and Trial the week of March 8, 2004.

      This is the second request for an extension by the defendants.  On March 4, 2004, the undersigned discussed this request with plaintiff's counsel, Zenas Zelotes, Esq., who agreed to the request.  The undersigned certifies that this case has not been assigned for trial.

355325

**WHEREFORE**, the Defendants, requests that their Motion for Extension of Time of twenty-one (21) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,

By:_____

JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

340876

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent via U.S. certified mailed,

postage prepaid, this ____ day of March 2004, to the following counsel of record:

Zenas Zelotes
Zenas Zelotes, LLC
Shaw's Cove 5
Suite 202
New London, CT 06320

By:_____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

340876