FILED
Mar 5  2 46 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph M. Caldrello, et al. | CIVIL ACTION NO. 3:02CV1742 (MRK) |
| Plaintiffs, | |
| v. | |
| FDIC, ET AL. | |
| Defendant. | MARCH 4, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants respectfully request an extension of time of twenty-one (21) days to answer or to otherwise respond to plaintiff's February 12, 2004 Amended Complaint to a date certain of March 26, 2004. The undersigned requests this extension because of scheduling conflicts presented by an Arbitration on March 5, 2004 and Trial the week of March 8, 2004.

This is the second request for an extension by the defendants. On March 4, 2004, the undersigned discussed this request with plaintiff's counsel, Zenas Zelotes, Esq., who agreed to the request. The undersigned certifies that this case has not been assigned for trial.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By_____
   Deputy Clerk

FILED
Mar 9  2 10 PM '04

355325