UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| JOSEPH M. CALDRELLO, *ET AL.* | : | CIVIL ACTION |
| Plaintiffs, | : | CASE NO. 3:02CV01742 (MRK) |
| v. | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *ET AL.*, | : | |
| Defendants. | : | MARCH 26, 2004 |

---

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel for defendants, JANICE BALLESTRINI and JOSEPH LOGIOCO.

RESPECTFULLY SUBMITTED,
DEFENDANTS,

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number CT17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600
jtallberg@uks.com

357737

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent via overnight mail, postage prepaid, this 26th day of March 2004, to the following counsel of record:

Zenas Zelotes, Esq.
Zenas Zelotes, LLC
Shaw's Cove 5
Suite 202
New London, CT 06320

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

357737