UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| JOSEPH M. CALDRELLO, *ET AL.* | : | CIVIL ACTION |
| Plaintiffs, | : | CASE NO. 3:02CV01742 (MRK) |
| v. | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *ET AL.*, | : | |
| Defendants. | : | MARCH 26, 2004 |

---

## DEFENDANTS' EXHIBIT LIST TO MOTION TO DISMISS AMENDED COMPLAINT

1. Complaint dated April 11, 2001

2. Motion to Dismiss dated August 2, 2001

3. Court Ruling on Motion to Dismiss dated October 15, 2001

4. Haviland Letter dated April 10, 2002

5. Judge Corradino Letter dated May 3, 2002

6. Order RE: Complex Litigation dated May 10, 2002

7. Order RE: Transfer to Complex Litigation dated June 24, 2002

357836

8. Revised Complaint dated December 17, 2002

9. Answer dated October 8, 2003

357836