UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 22   1 ᴨɔ PM '04

| | |
|---|---|
| JOSEPH M. CALDRELLO, ET AL. ) | CASE NO. |
| Plaintiffs ) | 3:02CV01742(JCH) (MRK) |
| v. ) | |
| FDIC, ET AL. ) | |
| Defendant ) | April 20, 2004 |

**Motion to Extend Time to Respond to Motion to Dismiss (Nunc Pro Tunc)**

Pursuant to Local Rule of Proc. 7(b)(3), the plaintiffs that the court extend their time to respond to the defendant's 3/26/04 motion to dismiss, to and to include 5/16/03. The reason for this request is that the undersigned counsel, just days ago, successfully took a federal jury trial to verdict (before Chatigny, J.). The aforementioned jury trial reasonably demanded counsel's exclusive interim attentions. This is the first such request. The defendants do not object.

Respectfully Submitted,

_[signature]_

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408/ Fed, Bar No. 23001/ Tel: (860) 442-2265/ Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Updike Kelley & Spellacy P.C.
Attn: James Tallberg
One State Street
Hartford CT 06123-1277          4/20/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
141 Church Street
New Haven CT 06510          4/20/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers, Kravitz J. (C. Copy)
141 Church Street
New Haven CT 06510          4/20/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

April 20, 2004



ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295
Tel: (860) 448-6140 // Fax: (860) 448-6140