UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Joseph M. Caldrello, et al., | : | | |
| | : | | |
| Plaintiffs, | : | NO. | 3:02cv1742 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| Federal Deposit Insurance Corporation, et al., | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

Plaintiff's Motion to Extend Time to Respond to Motion to Dismiss (Nunc Pro Tunc) [doc. #150], dated April 20, 2004, is hereby GRANTED. Plaintiff shall respond to Defendant's Motion to Dismiss on or before **May 16, 2004**.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: May 3, 2004.