UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOSEPH M. CALDRELLO, ET AL. | ) | CASE NO |
| Plaintiffs | ) | 3:02CV01742(MRK) |
| v. | ) |  |
| FDIC, ET AL. | ) |  |
| Defendants | ) |  |
|  | ) | May 17, 2004 |

# NOTICE OF SANDRA CALDRELO (IN HER PERSONAL CAPACITY) AND

# JOSEPH CALDRELLO'S WITHDRAWAL OF CLAIMS

Pursuant to Fed.R.Civ.P. § 41(a)(1), Sandra Caldrello (in her personal capacity) and Joseph Caldrello, hereby withdraw any and all claims presently asserted in this action against any and all remaining defendants.

Respectfully Submitted,

*[signature]*

ZENAS ZELOTES, ESQ.

*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320

Conn. Juris No. 419408/ Fed, Bar No. 23001/ Tel: (860) 442-2265/ Fax: (860) 439-0295

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Updike Kelley & Spellacy P.C.
Attn: James Tallberg
One State Street
Hartford CT 06123-1277          5/17/04

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court *
Attn: Clerk of Court
141 Church Street
New Haven CT 06510          5/17/04

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

May 17, 2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court *
Attn: Chambers, Kravitz J. (C. Copy)
141 Church Street
New Haven CT 06510          5/17/04          * By USPS *or* Hand-Filed