FILED
Jun 15  2 14 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| Joseph M. Caldrello, et al. | CIVIL ACTION NO. 3:02CV1742 (MRK) |
| Plaintiffs, | |
| v. | |
| FDIC, ET AL. | |
| Defendant. | JUNE 11, 2004 |

### DEFENDANTS' REQUEST FOR EXTENSION OF TIME REGARDING RESPONSES TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT REQUESTS

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 9(b), the defendants, Janice Ballestrini and Joseph Logioco, respectfully moves for an extension of time of thirty (30) days to file their objections and responses to the Plaintiff's First Set of Interrogatories and Document Requests dated May 26, 2004, until a date certain of July 26, 2004.

This is the Defendant's first request for an extension of time regarding discovery. The undersigned has discussed this request with the plaintiff's counsel, Zenas Zelotes, who has agreed to the extension.

365539

**WHEREFORE**, the defendants, Janice Ballestrini and Joseph Logioco, requests that their Request for Extension of Time of thirty (30) days be granted.

                                                RESPECTFULLY SUBMITTED,

                                                DEFENDANTS,
                                                JANICE BALLESTRINI AND JOSEPH LOGIOCO

By: _____
       JAMES N. TALLBERG, ESQ.
       Federal Bar Number Ct17489
       UPDIKE, KELLY & SPELLACY, P.C.
       One State St., P.O. Box 231277
       Hartford, CT 06123-1277
       Tel. No. (860) 548-2600

365539