UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph M. Caldrello, et al., | : | |
| | : | |
| Plaintiffs, | : | NO.   3:02cv1742 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Federal Deposit Insurance Corporation, et al., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendants' Request For Extension Of Time Regarding Responses To Plaintiff's Interrogatories And Document Requests [doc. # 155], dated June 11, 2004, is GRANTED. Defendants Janice Ballestrini and Joseph Logioco shall respond to Plaintiffs's Interrogatories and Document Requests on or before **July 26, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 23, 2004.