UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH M. CALDRELLO, ET AL. ) | CASE NO | |
| Plaintiffs ) | 3:02CV01742(MRK) | |
| v. ) | | |
| FDIC, ET AL. ) | | |
| Defendants ) | June 27, 2004 | |

**JOINT REQUEST TO EXTEND DISCOVERY DEADLINE**

In the (possible) interest of judicial and party economy (a motion to dismiss is pending), the parties jointly request a 90-day extension of the discovery deadline, to and to include October 1, 2004.  The discovery deadline in this matter is July 1, 2004.  Depositions have yet to be taken.

Respectfully Submitted,

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408/ Fed, Bar No. 23001/ Tel: (860) 442-2265/ Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Updike Kelley & Spellacy P.C.
Attn: James Tallberg
One State Street
Hartford CT 06123-1277         6/27/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court *
Attn: Clerk of Court
141 Church Street
New Haven CT 06510           6/27/04

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

June 27, 2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court *
Attn: Chambers, Kravitz J. (C. Copy)
141 Church Street
New Haven CT 06510           6/27/04          * By USPS *or* Hand-Filed