# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph M. Caldrello, et al. | CIVIL ACTION NO. 3:02CV1742 (MRK) |
| Plaintiffs, | |
| v. | |
| FDIC, ET AL. | |
| Defendant. | JULY 1, 2004 |

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants Janice Ballestrini and Joseph Logioco by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by ninety (90) days, in order to complete outstanding discovery and to file dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

| | **Present Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery | July 1, 2004 | **September 1, 2004** |
| Dispositive Motions | August 1, 2004 | **October 1, 2004** |

All other deadlines are similarly to be extended.

In support of this Motion, the parties represent as follows:

365047

1. The defendants recently filed a Motion to Dismiss which is now pending before the Court.

2. Both parties have exchanged written discovery, however, additional time is needed to conduct depositions.

3. Despite the diligence of the parties, this additional time is needed to conduct discovery in this case.

4. On June 7, 2004, counsel for the plaintiffs, Zenas Zelotes agreed to this request.

365047

**WHEREFORE**, the defendants, Janice Ballestrini and Joseph Logioco, requests that their Motion for Extension of Scheduling Order of ninety (90) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
JANICE BALLESTRINI AND JOSEPH LOGIOCO

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

365047

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing, has been sent via U.S. certified mailed, postage prepaid, this 1st day of July 2004, to the following counsel of record:

Zenas Zelotes
Zenas Zelotes, LLC
Shaw's Cove 5
Suite 202
New London, CT 06320

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

365047