UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH M. CALDRELLO, ET AL. ) | CASE NO |
| Plaintiffs ) | 3:02CV01742(MRK) |
| v. ) | |
| FDIC, ET AL. ) | |
| Defendant ) | July 26, 2004 |

## AFFIDAVIT OF SANDRA CALDRELLO, TRUSTEE

## in OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Sandra Caldrello, Osprey Beach Trustee, being duly sworn, hereby state under oath that, to the best of my knowledge and ability, the following statements are true:

1. I am over eighteen years of age, and I believe in the obligations of an oath.

2. I am trustee to the Osprey Beach Trust and have served as trustee since the Trust was established.

3. I was (and am) an original plaintiff in a Connecticut superior court action commenced on 12/31/97, entitled: *Caldrello v. City of New London* (CV-99-0549206-S) (the Action).

4. On June 30, 1998, (then deputy-marshal) Joseph Logioco held a tax sale (on behalf of the City of New London), the stated purpose of which was to satisfy delinquent city taxes

assessed against certain real property quitclaimed to the Trust ("House Properties").

5. The House Properties are adjacent to other property owned by the Trust, on which no taxes were then due or owing ("Beach Property").

6. The causes of action averred at the Action's commencement challenged the lawfulness of certain acts PRECEDING the aforesaid tax sale.

7. I did not examine or possess the RESULTING tax deed (or any copy thereof) at any time prior to April 17, 2000.

8. At the Action's commencement, I was aware of no fact and possessed no document (to include legal process) that led me to believe (or, in retrospect, should have led me to believe) that the resulting tax deed might have (improperly) recited rights to the Beach Property. The legal process served upon me and newspaper notices published (in conjunction with the tax sale) made no reference to the Beach Property.

9. At the Action's commencement, I did not believe a review of the resulting tax deed would likely lead to the discovery of admissible evidence tending to prove or disprove any material element of our case. The resulting tax deed's existence was not a contested fact. If the resulting tax deed had been properly drafted (as we reasonably assumed), it would have shed no light upon the averments underlying our causes of action averred.

10. I did not discover the Beach Property's improper inclusion in the resulting tax sale deed until on or about April 17, 2000; more specifically, I came to learn of the improper inclusion after the town clerk informed me that a correcting deed (dated April 17, 2000) had been filed, expunging all reference in the tax deed to the Beach Property.

_Sandra V Caldrello_
SANDRA V. CALDRELLO

STATE OF CONNECTICUT    )
                        )    SS:    NEW LONDON
COUNTY OF NEW LONDON    )

On this 26th day of July, 2004, appeared SANDRA V. CALDRELLO who executed this document before me.

Dated: July, 26, 2004

_[signature]_
Albert Speziali, Commissioner of the Connecticut Superior Court

3

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Updike Kelley & Spellacy P.C.
Attn: James Tallberg
One State Street
Hartford CT 06123-1277      7/27/04

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court *
Attn: Clerk of Court
141 Church Street
New Haven CT 06510      7/27/04

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court *
Attn: Chambers, Kravitz J. (C. Copy)
141 Church Street
New Haven CT 06510      7/27/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

July 27, 2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

* By USPS *or* Hand-Filed