UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph M. Caldrello, et al., | : | |
| | : | |
| Plaintiffs, | : | NO.   3:02cv1742 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Federal Deposit Insurance Corporation, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Having conferred with the parties during an on-the-record telephonic status conference, the Court enters the following orders:

1. Defendants' Motion to Dismiss [doc. # 148] is DENIED without prejudice and without consideration of the merits of Defendants' arguments with the expectation that Defendants will renew their arguments in a motion for summary judgment.

2. The parties' joint oral request for an extension of time on the existing schedule is granted and the following deadlines will now govern.  **Counsel are cautioned that no further extensions of time will be granted**

   a. All discovery (expert and fact) shall be completed, not just propounded, no later than **December 1, 2004**;

   b. Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases, shall be filed by **January 1, 2005**;

   c. If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions attached) is due **February 1, 2005**.  If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion;

   d. If no dispositive motions are filed, the case will be considered trial ready on **February 1, 2005**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: October 20, 2004.