UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph M. Caldrello, et al. | CIVIL ACTION NO. 3:02CV1742 (MRK) |
| Plaintiffs, | |
| v. | |
| FDIC, ET AL. | |
| Defendant. | DECEMBER 29, 2004 |

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants Janice Ballestrini and Joseph Logioco by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by sixty (60) days, in order to either consummate a settlement they have under consideration, or, if the settlement is not consummated, to file a dispositive motion. In particular, the parties request that the present deadlines be extended as follows:

| | **Present Deadline** | **Proposed Deadline** |
|---|---|---|
| Dispositive Motions | January 1, 2005 | **March 1, 2005** |

All other deadlines are similarly to be extended.

In support of this Motion, the parties represent as follows:

365047

1.      The parties have engaged in earnest settlement negotiations and have reached an agreement in principal that needs to be approved by a governmental entity in order to be effective.

2.      That governmental entity was scheduled to review this matter on Monday, December 20, but the meeting was cancelled due to snow. It has been rescheduled for **Monday, January 3, 2005**.

3.      In the unlikely event that the settlement is not approved, the parties need to conduct at least one additional deposition before the filing of the defendants' Motion for Summary Judgment.

**WHEREFORE**, the defendants, Janice Ballestrini and Joseph Logioco, requests that their Motion for Extension of Scheduling Order of sixty (60) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
JANICE BALLESTRINI AND JOSEPH LOGIOCO

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, has been sent via U.S. certified mailed, postage prepaid, this 29th day of December 2004, to the following counsel of record:

Zenas Zelotes
Zenas Zelotes, LLC
Shaw's Cove 5
Suite 202
New London, CT 06320

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

365047                                3