UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH M. CALDRELLO<br>for Himself and Trustee for his minor children,<br>SANDRA V. CALDRELLO<br>For Herself and as Trustee for her Minor children<br><br>               Plaintiff,<br><br>v.<br><br>FDIC, as receiver for First Constitution Bank,<br>REPUBLIC CREDIT ONE OF<br>AMER OF AURORA COLORADO,<br>CITY OF NEW LONDON,<br>JANICE BALLESTRINI, MAUREEN HAMEL,<br>JOSEPH LOGIOCO, THOMAS LONDREGAN,<br>DONALD FRENCHETTE, JOHN MURPHY,<br>RAMSEY DEMIR, CHARLES SINGLETON,<br>JOHN STRETTON, EDWARDS & ANGELL LLP<br><br>               Defendants. | CIVIL CASE<br>NUMBER 3:02cv1742 (MRK) |

## **JUDGMENT**

Notice having been sent to counsel of record on January 27, 2005 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before February 24, 2005.

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b) , without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

EOD: _____

Dated at New Haven, Connecticut, this 1st day of March 2005.

        KEVIN F. ROWE, Clerk

        By  /s/ Kenneth R. Ghilardi
        Kenneth R. Ghilardi
        Deputy Clerk